IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                                Civil No. 05-2091

ONE 1964 CHEVROLET STATION WAGON,
VIN #41635L190930; and

EIGHT ROLEX WATCHES,
        Defendants.

## CONSENT DECREE OF FORFEITURE

On June 17, 2005, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant personal property. The complaint alleges that the personal property was proceeds of trafficking in a controlled substance, and thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law:

1. That pursuant to a Warrant of Arrest issued by the Court, the United States Marshal's Service seized said personal property on August 3, 2005.

2. On August 10, 2005, Julian Robert Luna received personal service by the United States Marshal. Although no claim or answer has been filed on his behalf, the parties have reached a settlement in this matter as set out herein.

3. On August 26, September 2, and September 9, 2005, notice of arrest was published in the <u>Times Record</u>, a newspaper of general circulation in the county in which this action was commenced. No other claims have been filed.

4. The defendant personal property is more particularly described as:

(a) One 1964 Chevrolet Station Wagon, VIN #41635L190930; and

(b) Eight Rolex Watches with the following serial numbers;

Y446473
P448467
F023077
A139773
P306669
U569466
U247454
F147279

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) Pursuant to the agreement of the parties, the 1964 Chevrolet Station Wagon, VIN #41635L190930 is to be returned to the claimant, Julian Robert Luna provided he pays storage and incidental costs to the United States Marshal's Service in an amount not to exceed $475.00. Upon payment of the costs, the United States Marshal is hereby directed to return the 1964 Chevrolet Station Wagon, VIN #41635L190930. Further, the ladies Rolex watch, model 79174, serial number Y446473 is to be returned to Julian Robert Luna.

(2) The remaining seven Rolex watches are hereby forfeited to the United States of America to be disposed of according to law after deducting its costs of this action.

(3) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant personal property.

IT IS SO ORDERED this 3rd day of November, 2005.


                                                                /s/ Robert T. Dawson
                                                       HONORABLE ROBERT T. DAWSON
APPROVED:                                       UNITED STATES DISTRICT JUDGE


_____
/s/ David R. Ferguson, Assistant United States
Attorney for Plaintiff, United States of America



_____
/s/ Mike McDonnell, Attorney for Claimant,
Julian Robert Luna